**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LASHONDA BAILEY, as guardian ad litem to S.M., <br><br> Plaintiffs, <br><br> v. <br><br> STEVE HOMLES, et al., <br><br> Defendants. | Case No.: 1:19-cv-0767 - LJO- JLT <br><br> ORDER DIRECTING LASHONDA BAILEY TO FILE A MOTION TO PROCEED AS GUARDIAN AD LITEM FOR PLAINTIFF S.M. |

In the complaint filed in this action, LaShonda Bailey indicated that she is the mother of S.M. and would be proceeding as her guardian in this action. (*See* Doc. 1 at 1) Pursuant to Local Rule 202,

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

*Id.* (citing Fed. R. Civ. P. 17(c)). Though the complaint acknowledges a guardian is necessary in this case, Ms. Bailey has failed to seek appointment. Because the claims of S.M. may only be brought "by a next friend or a guardian ad litem," a guardian must be appointed to protect her interests. *See* Fed. R. Civ. P. 17(c)(2).

*///*

1

Accordingly, the Court **ORDERS**: Plaintiffs **SHALL** file a motion for Ms. Bailey to be appointed as guardian ad litem for minor plaintiff S.M. no later than **June 26, 2019**.

IT IS SO ORDERED.

Dated: __**June 6, 2019**__            __**/s/ Jennifer L. Thurston**__
                                                            UNITED STATES MAGISTRATE JUDGE