1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHONDA BAILEY, as guardian ad litem to S.M., <br><br> Plaintiff, <br><br> v. <br><br> STEVE HOLMES, et al., <br><br> Defendant. | No. 1:19-cv-767-DAD-JLT <br><br> <u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u> <br><br> (Doc. No. 6) |

LaShonda Bailey, on behalf of her minor daughter, S.M., is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1981 and the Fourteenth Amendment. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2019, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's action be dismissed without prejudice because plaintiff did not respond to the court's order requiring her to seek appointment of a guardian *ad litem* to prosecute S.M.'s claims. (Doc. Nos. 4, 5, 6 (citing E.D. Cal. L. R. 202 and Fed. R. Civ. P. 17(c))). The findings and recommendations were served on plaintiff and contained notice that objections thereto were due within fourteen (14) days. (Doc. No. 6.) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court conducted a *de novo* review of the case. Having carefully reviewed the file, the court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations filed on July 29, 2019 (Doc. No. 6) are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated: **October 2, 2019**

_____
UNITED STATES DISTRICT JUDGE